# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Evelyn Soto

          Debtor(s)

Case No. 13-35255

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/04/2013.

2)  The plan was confirmed on 12/18/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/04/2014.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 08/26/2015.

6)  Number of months from filing to last payment: 21.

7)  Number of months case was pending: 27.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,102.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                              **$5,102.50**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,999.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $231.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                **$4,230.85**

Attorney fees paid and disclosed by debtor:                    $1.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABN AMRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Adventis | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Adventis | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| American Accounts Ad | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corpor | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1,681.54 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 551.48 | 551.48 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BANK | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,621.70 | NA | NA | 0.00 | 0.00 |
| Citi/Stdnt Ln Rsrc Cnt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citi/Stdnt Ln Rsrc Cnt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citi/Stdnt Ln Rsrc Cnt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citi/Stdnt Ln Rsrc Cnt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 4,563.75 | 4,563.75 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,726.60 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 800.00 | 419.83 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | NA | 0.00 | 419.83 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 100.00 | 127.05 | 127.05 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 6,900.00 | 5,848.29 | 5,848.29 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | Unsecured | 6,510.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Fhut/Webbk | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Educational Loan Serv | Unsecured | 6,862.62 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Education | Unsecured | 6,395.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | NA | 5,637.07 | 5,637.07 | 871.65 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 168,323.00 | 159,673.99 | 0.00 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 9,334.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | 12,670.55 | 12,670.55 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| no name on CR Liability | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| North Park University | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Orange Lake Country Cl | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Peoplesene | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 465.00 | 465.76 | 465.76 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 137.00 | 137.60 | 137.60 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,409.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,784.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,632.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,913.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 5,541.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,771.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,766.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 5,500.00 | 5,172.67 | 5,172.67 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 20,459.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 22,883.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 20,459.00 | 23,530.09 | 23,503.09 | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Slc Conduit I Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | 1,115.51 | 1,115.51 | 0.00 | 0.00 |
| Sprint PCS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 66.90 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 174.00 | 223.42 | 223.42 | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 496.18 | 496.18 | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 43,686.00 | 44,610.15 | 44,610.15 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 7,393.00 | 7,705.45 | 7,705.45 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 5,696.00 | 5,777.73 | 5,777.73 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 37,016.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 6,753.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 5,275.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Usdeptofed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Usdeptofed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 183.00 | 179.80 | 179.80 | 0.00 | 0.00 |
| VILLAGE OF SUMMIT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Westgate Resorts | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,637.07 | $871.65 | $0.00 |
| Debt Secured by Vehicle | $23,503.09 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,140.16** | **$871.65** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$90,065.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,230.85 |
| Disbursements to Creditors | $871.65 |
| **TOTAL DISBURSEMENTS :** | **$5,102.50** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2015                         By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**